UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

SCOTTY DWIGHT MAUK,                    )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )        NO.:  2:13-CV-213
                                       )
CAROLYN W. COLVIN,                     )
Commissioner of Social Security        )
                                       )
            Defendant.                 )

ORDER

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 25], concerning plaintiff's application for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), see 28 U.S.C. § 2412(d), [Doc. 21], it is hereby ORDERED that the Report and Recommendation is ADOPTED and APPROVED and that the plaintiff's motion for attorney's fees is GRANTED, [Doc. 21]. Accordingly, plaintiff is awarded fees in the amount of $1,800.00 and costs in the amount of $18.93.

            ENTER:

                                       s/J. RONNIE GREER
                                       UNITED STATES DISTRICT JUDGE